IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE SANCHEZ, ALICIA MARINA ELIAS, AND REGINA SALINAS<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, TEHACHAPI CORRECTIONAL INSTITUTE and DOES 1 through 100, inclusive,<br><br>Defendants. | CV F 06-0201 AWI TAG<br><br>ORDER VACATING APRIL 10, 2006 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

    Defendants' motion to dismiss has been set for hearing in this case on April 10, 2006. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 10, 2006, is VACATED, and the parties shall not appear at that time. As of April 10, 2006, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:    April 7, 2006           /s/ Anthony W. Ishii
0m8i78                                         UNITED STATES DISTRICT JUDGE