BILL LOCKYER, Attorney General
  of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
STEPHEN P. ACQUISTO
Supervising Deputy Attorney General
DAVID A. CARRASCO, SBN 160460
Supervising Deputy Attorney General
    1300 I Street, Suite 125
    P.O. Box 944255
    Sacramento, CA 94244-2550
    Telephone: (916) 323-1938
    Fax: (916) 324-5205

Attorneys for Defendant State of California
and California Correctional Institution[1]
SA2006300981

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE SANCHEZ, et al.,<br><br>                          Plaintiffs,<br><br>     v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>                          Defendants. | Case No. 1:06-cv-0201-AWI-TAG<br><br>**STIPULATION AND ORDER FOR CHANGE OF INITIAL SCHEDULING CONFERENCE DATE** |

Because Defendants' counsel has a calendar conflict, the parties stipulate to change the date of the initial scheduling conference from July 19, 2006, at 9:30 a.m., to August 1, 2006, at 9:30 a.m.

IT IS SO STIPULATED.

Dated: June 26, 2006         */s/ David A. Carrasco (Orig. in file)*
                             DAVID A. CARRASCO
                             Attorney for Defendants

Dated: June 26, 2006         */s/ Barry S. Zelner (Orig. in file)*
                             BARRY S. ZELNER
                             Attorney for Plaintiff

---

[1] Erroneously referenced in the complaint as "Tehachapi Correctional Institute."

**STIPULATION AND ORDER FOR CHANGE OF INITIAL SCHEDULING CONFERENCE DATE**
1

**ORDER**

The Court, having considered the parties' stipulation for a change of the initial scheduling conference date, and good cause showing therefore, orders that the initial Scheduling Conference shall be on August 1, 2006, at 9:30 a.m., before U.S. Magistrate Judge Theresa A. Goldner, in chambers located at 1200 Truxtun Avenue, Suite 120, Bakersfield, California.  A Joint Scheduling Conference Statement shall be filed no later than July 26, 2006.

IT IS SO ORDERED.

Dated:   **June 27, 2006**                                                         **/s/ Theresa A. Goldner**
**j6eb3d**                                                                                     UNITED STATES MAGISTRATE JUDGE