IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE SANCHEZ, ALICIA MARINA ELIAS, REGINA SALINAS,<br><br>        Plaintiffs,<br><br>    v.<br><br>STATE OF CALIFORNIA, TEHACHAPI CORRECTIONAL INSTITUTE, and DOES 1 through 100,<br><br>        Defendants. | CASE NO. 1:06-cv-00201 AWI TAG<br><br>ORDER SETTING FURTHER STATUS CONFERENCE AND SCHEDULING CONFERENCE<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO NAME DOE DEFENDANTS, FAILURE TO PROSECUTE, AND FAILURE TO OBEY A COURT ORDER |

## BACKGROUND

This civil rights action was removed from the Kern County Superior Court to the United States District Court for the Eastern District of California on February 22, 2006, and originally named as defendants the State of California ("California"), the Tehachapi Correctional Institute ("CCI"), and "DOES 1 through 100, inclusive." (Doc. 2). Thereafter, upon a motion to dismiss made by Defendants California and CCI (Doc. 5), the Honorable Anthony W. Ishii, United States District Judge, ordered that Defendants California and CCI be dismissed, and granted Plaintiffs leave until June 9, 2006 to amend the complaint to name the Doe defendants. (Doc. 10). On June 28, 2006, Plaintiffs were ordered to show cause why the action should not be dismissed for failure to name such Doe defendants. (Doc. 28). Upon motion by Plaintiffs, United States District Judge Ishii on August 30, 2006 granted Plaintiffs permission to file an amended complaint, discharged the earlier order to show cause and found that Plaintiffs were entitled to conduct discovery to attempt to

1  ascertain the identity of the Doe defendants.  (Doc. 32).

2  Thereafter, on September 18, 2006, a Status Conference was conducted in this matter
3  whereupon counsel for Plaintiffs informed the Court that a subpoena had been served upon the CCI
4  to ascertain the true names of the Doe defendants.  Plaintiff's counsel further advised the Court that
5  the response date for the subpoena is September 28, 2006.

6  **ORDERS**

7  1.    IT IS ORDERED THAT *no later than October 20, 2006*, (a) Plaintiffs shall file
8  an amended complaint naming all Doe defendants; and (b) Plaintiffs shall cause such amended
9  complaint and corresponding summons and related pleadings to be duly served on all named
10 defendants, including without limitation, all Doe defendants.

11 2.    IT IS FURTHER ORDERED THAT *no later than October 20, 2006*, Plaintiffs shall
12 file with the Court duly executed proofs of service confirming that all defendants, including without
13 limitation, all Doe defendants, have been properly served with an amended complaint, summons, and
14 related pleadings.

15 3.    IT IS FURTHER ORDERED THAT in the event Plaintiffs fail to file an amended
16 complaint naming all Doe defendants by October 20, 2006, or fail to timely serve such amended
17 complaint, summons, and related pleadings as ordered above, or fail to timely file proofs of service
18 thereof as ordered above, and inasmuch as more than seven months has elapsed since this case was
19 removed from the Kern County Superior Court, Plaintiffs are directed to show cause in writing why
20 the Court should not issue a Report and Recommendation that this matter be dismissed as to all Doe
21 defendants for failure to name all Doe defendants, failure to prosecute, and failure to obey a Court
22 order.

23 4.    IT IS FURTHER ORDERED THAT a hearing on such Order to Show Cause is set
24 for Monday, *October 23, 2006* at 9:30 a.m., before United States Magistrate Judge Theresa A.
25 Goldner, at the United States District Court courtroom, 1300 18th Street, Suite A, Bakersfield,
26 California.  The Order to Show Cause shall be discharged upon a showing that on or before October
27 20, 2006, Plaintiffs filed an amended complaint naming all Doe defendants, caused all defendants to

28

be duly served, and filed proofs of service thereof, as ordered above.

     5.    IT IS FURTHER ORDERED THAT a Further Status Conference and a Scheduling Conference are set for Monday, *October 23, 2006* at 9:30 a.m., before Magistrate Judge Goldner, at the United States District Court courtroom, 1300 18th Street, Suite A, Bakersfield, California.  The Court will determine whether Plaintiffs have complied with the Court's above orders, and will conduct a Scheduling Conference in the event the  Order to Show Cause is discharged. Plaintiffs shall comply with all applicable Federal Rules of Civil Procedure, and all applicable Local Rules of the United States District Court for the Eastern District of California, with respect to the Scheduling Conference.

IT IS SO ORDERED.

Dated:   **October 10, 2006**　　　　　　　　　　　　　　**/s/ Theresa A. Goldner**
**j6eb3d**　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3