EDMUND P. BROWN, JR., Attorney General
  of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
STEPHEN P. ACQUISTO
Supervising Deputy Attorney General
DAVID A. CARRASCO, SBN 160460
Supervising Deputy Attorney General
    1300 I Street, Suite 125
    P.O. Box 944255
    Sacramento, CA 94244-2550
    Telephone: (916) 323-1938
    Fax: (916) 324-5205

Attorneys for Defendants
R. Adams, R. Bennett, S. Bever, M. Bryant, G. Buff, S. Ellinger,
F. Haws, D. Jacobs, A. Magdaleno, P. Mata, J. Parker, D. Reed,
S. Roberts, D. Stokes, W. Sullivan, R. Timonen, T. Tolliver, D. Wilson
SA2006300981

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE SANCHEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF CALIFORNIA, et al., <br><br> Defendants. | Case No. 1:06-cv-0201 AWI TAG <br><br> **ORDER GRANTING LEAVE TO FILE FIRST AMENDED ANSWER TO AMENDED COMPLAINT** |

The Court, having considered the parties' stipulation for an order granting Defendants leave to file a first amended answer to the amended complaint, and good cause showing therefore, orders as follows:  Defendants are granted leave to file their proposed first amended answer, which was filed with the parties' stipulation.  And in view of the parties' stipulation, the proposed first amended answer shall be deemed filed as of this date.

IT IS SO ORDERED.

Dated:   **February 22, 2007**                                              **/s/ Theresa A. Goldner**
**j6eb3d**                                                                              UNITED STATES MAGISTRATE JUDGE

1